**WO** KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Ho, | ) | No. CV 11-904-PHX-GMS (MEA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Benjamin Griego, et al., | ) | |
| Defendants. | ) | |

On May 5, 2011, Plaintiff Steven Ho, who is confined in the Corrections Corporation of America-Saguaro Correctional Center (CCA-SCC), filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a May 18, 2011 Order, the Court granted the Application to Proceed and dismissed the Complaint because Plaintiff had failed to state a claim. The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order.

On June 15, 2011, Plaintiff filed his First Amended Complaint. On June 23, 2011, Plaintiff filed another "First Amended Complaint," which the Court construed as a Second Amended Complaint (Doc. 10). On July 6, 2011, the Court dismissed the Second Amended Complaint and this action for failure to state a claim (Doc. 14), and the Clerk of Court entered Judgment (Doc. 15).

Pending before the Court are the following Motions:

(1) July 1, 2011 Motion Requesting Defendant Provide Plaintiff with More Paper (Doc. 13);

| | | |
|---|---|---|
| 1 | (2) | July 8, 2011 Motion to Move Forward with Case, in which Plaintiff requests that the Court proceed "without the Warden's answer concerning the grievance issues of this case" (Doc. 16); |
| 4 | (3) | July 8, 2011 Motion to Speed up Process, in which Plaintiff requests that the Court grant him a preliminary injunction (Doc. 17); |
| 6 | (4) | July 8, 2011 Motion to Disregard Previous Motion Requesting More Time to Complete Legal Documents (Doc. 18); |
| 8 | (5) | July 28, 2011 Motion for Leave to File Second Amended Complaint (Doc. 21); and |
| 10 | (6) | July 28, 2011 Application to Proceed *In Forma Pauperis* (Doc. 23). |

This case has been dismissed. Plaintiff's Motions are therefore moot and will be denied.

To the extent that Plaintiff intends the Motion for Leave to File a Second Amended Complaint to be treated as a Motion for Reconsideration, "[m]otions to reconsider are appropriate only in rare circumstances." Defenders of Wildlife v. Browner, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). "The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985). Such motions should not be used for the purpose of asking a court "'to rethink what the court had already thought through – rightly or wrongly.'" Defenders of Wildlife, 909 F. Supp. at 1351 (quoting Above the Belt, Inc. v. Mel Bohannan Roofing, Inc., 99 F.R.D. 99, 101 (E.D. Va. 1983)).

The Court has reviewed the Second Amended Complaint (Doc. 10), the July 6, 2011 Order of Dismissal, and Plaintiff's Motion for Leave to File a Second Amended Complaint. The Court finds no basis to reconsider its decision.

**IT IS ORDERED:**

(1) Plaintiff's July 1, 2011 Motion Requesting Defendant Provide Plaintiff with More Paper (Doc. 13) is **denied as moot**.

(2) Plaintiff's July 8, 2011 Motion to Move Forward with Case (Doc. 16) is **denied**

1 | **as moot**.
2 | (3) Plaintiff's July 8, 2011 Motion to Speed up Process (Doc. 17) is **denied as moot**.
4 | (4) Plaintiff's July 8, 2011 Motion to Disregard Previous Motion Requesting More Time to Complete Legal Documents (Doc. 18) is **denied as moot**.
6 | (5) Plaintiff's July 28, 2011 Motion for Leave to File Second Amended Complaint (Doc. 21) is **denied**.
8 | (6) Plaintiff's July 28, 2011 Application to Proceed *In Forma Pauperis* (Doc. 23) is **denied as moot**.
10 | (7) This case must remain **closed**.
11 | **DATED this 4th day of August, 2011.**

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge