**WO**                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Ho, ) | No. CV 11-904-PHX-GMS (MEA) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Benjamin Griego, et al., ) | |
| Defendants. ) | |

On May 5, 2011, Plaintiff Steven Ho, who is confined in the Corrections Corporation of America-Saguaro Correctional Center (CCA-SCC), filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a May 18, 2011 Order, the Court granted the Application to Proceed and dismissed the Complaint with leave to amend.

On June 15, 2011, Plaintiff filed his First Amended Complaint. On June 23, 2011, Plaintiff filed another "First Amended Complaint," which the Court construed as a Second Amended Complaint (Doc. 10). On July 6, 2011, the Court dismissed the Second Amended Complaint and this action for failure to state a claim (Doc. 14), and the Clerk of Court entered Judgment (Doc. 15). On August 21, 2011, Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals (Doc. 38).

On September 7, 2011, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Doc. 45). Plaintiff has already been granted *in forma pauperis* status and this case is now dismissed. The Court will therefore deny the Application to Proceed as moot.

1    **IT IS ORDERED** that Plaintiff's September 7, 2011 Application to Proceed *In Forma Pauperis* (Doc. 45) is **denied as moot**. Plaintiff **must not file** any further documents in this closed case.

DATED this 12th day of October, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge